# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**RAY TAYLOR & DEIDRA TAYLOR**                          **PLAINTIFFS**

**v.**                          **CIVIL ACTION NO. 3:17-cv-00099-NBB-JMV**

**CITI BANK, N. A., ET AL.**                                 **DEFENDANTS**

## **ORDER**

The matter is before the court on the oral motion of the plaintiff to extend the discovery and dispositive motions deadlines. The motion was opposed. However, the court found good cause and GRANTED the motion.

Accordingly, the discovery deadline is extended to March 12, 2018, and the dispositive motions deadline is extended to March 27, 2018.

Further, the court ordered the cancellation of the deposition(s) set for February 12, 2018. [They] are to be rescheduled within the amended discovery deadline.

Finally, all written discovery heretofore propounded must be completed no later than two weeks from February 12, 2108.

**SO ORDERED** this, February 9, 2018.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**